# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

156220(57)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

BRENDA HOOGENSTYN,
      Plaintiff-Appellant,

v

ORTHOPAEDIC ASSOCIATES OF GRAND
RAPIDS, PC, and JULIAN KUZ, M.D.,
      Defendants-Appellees,

and

WALKER SURGICAL CENTER, LLC, and
MICHAEL BURTON,
      Defendants.
_____/

SC: 156220
COA: 332063
Kent CC: 14-010008-NH

On order of the Court, the motion for reconsideration of this Court's February 20, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



a0521

Clerk